FILED by _____ D.C.

ELECTRONIC

**Dec. 21, 2009**

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
# 09-23790-Civ-HUCK/O'SULLIVAN

SABAL PALM CONDOMINIUM
ASSOCIATION, INC.,

      Plaintiff,

v.                            Case No: _____

COLUMBIA CASUALTY COMPANY

      Defendant.

_____/

### NOTICE OF REMOVAL

      Defendant, COLUMBIA CASUALTY COMPANY ("COLUMBIA"), by and through its undersigned counsel, hereby gives notice of the removal of this action from the Circuit Court of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida to the United States District Court for the Southern District of Florida, Fort Lauderdale Division, and states as follows:

1.    On or about May 14, 2009, Plaintiff SABAL PALM CONDOMINIUM ASSOCIATION, INC. ("SABAL PALM"), a Florida corporation, filed an action in the Circuit Court of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida, Case No. 09-38605 CA 25, alleging two (2) counts for breach of contract against COLUMBIA, an Illinois corporation, and two (2) counts for breach of contract against Citizens Property Insurance Corporation ("CITIZENS"), a Florida Corporation.  A copy of Plaintiff's Complaint is attached hereto as Exhibit A.  The action was not removable at that time because Plaintiff and Defendant CITIZENS were non-diverse.

2.     On December 10, 2009, Miami-Dade County Circuit Court Judge Peter Adrien executed an Agreed Order Dismissing Plaintiff's action against the non-diverse Defendant, CITIZENS. A Copy of the Court's Order Dismissing CITIZENS from the action is attached hereto as Exhibit B.

3.     This removal is timely because the action became removable upon the dismissal of the non-diverse Defendant and because the action was commenced less than a year ago.  *See* 28 U.S.C. §1446(b).

4.     The action is now one over which this Court has original jurisdiction under the provisions of 28 U.S.C. §1332, and is one which may be removed to this Court by the Defendant pursuant to 28 U.S.C. §§1441 and 1446, in that:

A.     It is an action between citizens of different states; and

B.     It is a civil action in which the amount in controversy exceeds the sum of Seventy-Five Thousand Dollars ($75,000.00) exclusive of interests and costs.

5.     Plaintiff SABAL PALM is a Florida Corporation doing business as a homeowners association organized under the laws of Florida. The Plaintiff's principal place of business and the property which is the subject of this action are located in Tamarac, Broward County, Florida.

6.     Defendant COLUMBIA is an Illinois Corporation and has its principal place of business in Chicago, Illinois. As such, COLUMBIA is deemed to be a citizen of Illinois. *Id.*

7.     Therefore, the citizenship of the Defendant is different from the citizenship of the Plaintiff. Accordingly, there is diversity of citizenship in this matter.

2

8.    A court may decide removal is proper if it is facially apparent that the amount in controversy exceeds the jurisdictional amount. *See Williams v. Best Buy Co., Inc.*, 269 F.3d 1316, 1319 (11th Cir. 2001). The amount in controversy is in the excess of the jurisdictional amount of $75,000 because:

a.    The Plaintiff is claiming damages for two separate claims. The Plaintiff is seeking damages in the amount of $70,353.90 in connection with the first claim. *See* Count I of Plaintiff's Complaint, associated with building 4980; *see also,* Report of Darryl Davis attached as Exhibit C.

b.    The Plaintiff is claiming damages in the amount of $154,760.72 in connection with the second claim. *See* Count III of Plaintiff's Complaint, associated with building 4990; *see also* Report of Darryl Davis attached as Exhibit D.

c.    The Plaintiff is also seeking its attorneys fees and costs incurred in bringing this action under Fla. Stat. §627.428.

9.    Thus, it is facially apparent that the amount in controversy in this action exceeds $75,000.

10.    Pursuant to 28 U.S.C. §1446(d), Columbia provided written notice to all adverse parties and filed a copy of this Notice of Removal with the Clerk of the Circuit Court of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida (A copy of the Notice of Removal to Opposing Counsel is attached hereto as Exhibit E; a copy of the Certification of Notice of Removal is attached hereto as Exhibit F; a copy of the record for the action in Miami-Dade Circuit Court is attached hereto as composite Exhibit G).

WHEREFORE, Defendant, COLUMBIA CASUALTY COMPANY, requests that the above action now pending in the Circuit Court of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida, be removed therefrom to this Honorable Court.

This __18th__ day of December, 2009.

Respectfully submitted,

LITCHFIELD CAVO LLP

JOHN R. CATIZONE, ESQUIRE
Florida Bar No.: 0695491
THOMAS J. JERLA, JR., ESQUIRE
Florida Bar No.: 570958
600 Corporate Drive, Suite 600
Fort Lauderdale, Florida 33334
Telephone:    954.689.3000
Facsimile:    954.689.3001
Email: catizone@litchfieldcavo.com
        jerla@litchfieldcavo.com
Attorneys for *Columbia Casualty Company*

4

FILED by __ D.C.
ELECTRONIC

Dec. 21, 2009

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

**09-23790-Civ-HUCK/O'SULLIVAN**

**CIVIL COVER SHEET**

JS 44 (Rev. 2/08)

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.  (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)   NOTICE: Attorneys MUST Indicate All Re-filed Cases Below.

**I. (a) PLAINTIFFS**

Sabal Palm Condominium Association, Inc.

**(b)** County of Residence of First Listed Plaintiff  Broward County, Florida
(EXCEPT IN U.S. PLAINTIFF CASES)

**(c)** Attorney's (Firm Name, Address, and Telephone Number)

Keith Truppman, Esq., Mintz Truppman, P.A., 1700 Sans Souci Blvd.,
North Miami, FL 33181, (305)893-5506 ext. 208

**DEFENDANTS**

Columbia Casualty Company

County of Residence of First Listed Defendant   Cook County, Illinois
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.   09cv23790-PCH/JSO

Attorneys (If Known)

John R. Catizone, Esq., Litchfield Cavo, LLP, 600 Corporate Drive,
Suite 600, Fort Lauderdale, FL 33334, (954)689-3000

(d) Check County Where Action Arose:  ☐ MIAMI-DADE  ☐ MONROE  ☐ BROWARD  ☐ PALM BEACH  ☐ MARTIN  ☐ ST. LUCIE  ☐ INDIAN RIVER  ☐ OKEECHOBEE HIGHLANDS

**II. BASIS OF JURISDICTION** (Place an "X" in One Box Only)

☐ 1 U.S. Government Plaintiff
☐ 2 U.S. Government Defendant
☐ 3 Federal Question (U.S. Government Not a Party)
☑ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☑ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☑ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. NATURE OF SUIT** (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☒ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | **Habeas Corpus:** | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | **IMMIGRATION** | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | ☐ 463 Habeas Corpus-Alien Detainee | | |
| | ☐ 440 Other Civil Rights | ☐ 555 Prison Condition | ☐ 465 Other Immigration Actions | | ☐ 950 Constitutionality of State Statutes |

**V. ORIGIN** (Place an "X" in One Box Only)

☐ 1 Original Proceeding
☑ 2 Removed from State Court
☐ 3 Re-filed- (see VI below)
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

**VI. RELATED/RE-FILED CASE(S).**
(See instructions second page):

a) Re-filed Case ☐ YES ☑ NO    b) Related Cases ☐ YES ☑ NO

JUDGE _____    DOCKET NUMBER _____

**VII. CAUSE OF ACTION**

Cite the U.S. Civil Statute under which you are filing and Write a Brief Statement of Cause (Do not cite jurisdictional statutes unless diversity):

28 U.S.C. Sections 1332, 1441 and 1446. This is a Breach of Contract action arising out of Defendant's alleged improper denial of two insurance claims.

LENGTH OF TRIAL via  3 - 4  days estimated (for both sides to try entire case)

**VIII. REQUESTED IN COMPLAINT:**
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $ _____

CHECK YES only if demanded in complaint:
JURY DEMAND:  ☑ Yes  ☐ No

ABOVE INFORMATION IS TRUE & CORRECT TO THE BEST OF MY KNOWLEDGE

SIGNATURE OF ATTORNEY OF RECORD    Fla. Bar No. 570958

DATE  12/18/2009

FOR OFFICE USE ONLY

AMOUNT  9350    RECEIPT # _____   IFP _____

548363