# EXHIBIT C



### DDavis & Associates Inc

Darryl A Davis, RPA
10858 NW 7th St
Coral Springs FL 33071
Ofc 954.755.0419 Fax 1.954.827.0837
email:ddavispa@myacc.net

| | | |
|---|---|---|
| Insured: | Sabal Palm Condo Assn - Bldg 4980 | |
| Property: | 4980 East Sabal Palm Blvd | |
| | Tamarac, FL 33319 | |
| Business: | 5000 E Sabal Palm Blvd | |
| | Tamarac, FL 33319 | |
| Estimator: | Darryl A Davis, RPA,PA | Business: (954) 755-0419 |
| Business: | 10858 NW 7th St | |
| | Coral Springs, FL 33071 | |

| Claim Number | Policy Number | Type of Loss | Deductible |
|---|---|---|---|
| EK819242 F3 | 2071406199 | BUILDING | $1,000.00 |

Dates:
Date of Loss:  09/12/2008
                          Date Entered:  10/20/2009
Price List:   FLFL4B_JAN09
              Restoration/Service/Remodel
Estimate:    SABAL_PALM_09_08

## Summary for BUILDING

| | | | | |
|---|---|---|---|---|
| Line Item Total | | | | 52,356.67 |
| Total Adjustments for Base Service Charges | | | | 1,224.44 |
| Material Sales Tax | @ | 6.500% x | 20,100.17 | 1,306.51 |
| Subtotal | | | | 54,887.62 |
| Overhead | @ | 20.0% x | 54,887.62 | 10,977.52 |
| Profit | @ | 10.0% x | 54,887.62 | 5,488.76 |
| Replacement Cost Value | | | | 71,353.90 |
| Less Deductible | | | | (1,000.00) |
| **Net Claim** | | | | 70,353.90 |

Darryl A Davis, RPA,PA
This estimate is written with usual and customary charges and prevailing pricing. Some unit pricing may be required to be

adjusted upward or downward depending on conditions. Special pricing may be used. Permitting fees and the labor time to process the inspections and the permit are included as all cities and municipalities require permits.

Pursuant to s.817.234, Florida Statutes, any person who, with the intent to injure, defraud, or deceive any insurer or insured, prepares, presents, or causes to be presented a proof of loss or estimate of cost or repair of damaged property in support of a claim under an insurance policy knowing that the proof of loss or estimate of claim or repairs contains any false, incomplete, or misleading information concerning any fact or thing material to the claim commits a felony of the third degree, punishable as provided in s.775.082, s.775.803, or s.775.084, Florida Statutes.

SABAL_PALM_09_08

Room: Hallway                                                                 LxWxH 246'8" x 5'6" x 8'0"

- 4034.67 SF Walls
- 5391.33 SF Walls & Ceiling
- 150.74 SY Flooring
- 1973.33 SF Long Wall
- 504.33 LF Ceil. Perimeter
- 1356.67 SF Ceiling
- 1356.67 SF Floor
- 504.33 LF Floor Perimeter
- 44.00 SF Short Wall

| # | DESCRIPTION | QUANTITY | UNIT COST | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|
| 1. | R&R DRYWALL, repair as necesary 504lf x 2 | 1,008.00 SF | 3.64 | 3,669.12 | 0.00 | 3,669.12 |
| 2. | Clean the walls - Heavy | 4,034.67 SF | 0.86 | 3,469.82 | 0.00 | 3,469.82 |
| 3. | Texture drywall | 4,034.67 SF | 2.00 | 8,069.34 | 0.00 | 8,069.34 |
| 4. | Paint the walls - two coats | 4,034.67 SF | 0.69 | 2,783.92 | 0.00 | 2,783.92 |
| 5. | Mask and prep for paint - plastic, paper, tape (per LF) | 504.33 LF | 0.90 | 453.90 | 0.00 | 453.90 |
| 6. | R&R Baseboard - 2 1/4" | 504.33 LF | 2.91 | 1,467.60 | 0.00 | 1,467.60 |
| 7. | Paint baseboard - one coat | 504.33 LF | 0.66 | 332.86 | 0.00 | 332.86 |
| 8. | Paint door/window trim & jamb - 2 coats | 24.00 EA | 21.47 | 515.28 | 0.00 | 515.28 |
| 9. | Paint door slab only - 2 coats (per side) | 24.00 EA | 21.07 | 505.68 | 0.00 | 505.68 |
| 10. | ELECTRICAL, remove and reinstall exit signs | 2.00 EA | 43.00 | 86.00 | 0.00 | 86.00 |
| 11. | Detach & Reset ELECTRICAL, remove and reinstall directional signs | 1.00 EA | 8.00 | 8.00 | 0.00 | 8.00 |
| 12. | Detach & Reset ELECTRICAL, remove and reinstall fire extinguisher box | 8.00 EA | 32.00 | 256.00 | 0.00 | 256.00 |
| 13. | Heat/AC register - Detach & reset | 11.00 EA | 10.70 | 117.70 | 0.00 | 117.70 |
| 14. | Outlet or switch - Detach & reset | 11.00 EA | 14.17 | 155.87 | 0.00 | 155.87 |
| 15. | detach and rest alarm panel small or sensor | 1.00 EA | 43.00 | 43.00 | 0.00 | 43.00 |
| 16. | Remove Glue down carpet - High grade | 1,356.67 SF | 0.66 | 895.40 | 0.00 | 895.40 |
| 17. | Glue down carpet - High grade 15 % waste added for Glue down carpet - High grade. | 1,560.17 SF | 3.70 | 5,772.63 | 0.00 | 5,772.63 |
| 18. | Clean concrete on the floor | 1,356.67 SF | 0.18 | 244.20 | 0.00 | 244.20 |
| 19. | Floor prep (scrape rubber back residue) | 1,356.67 SF | 0.60 | 814.00 | 0.00 | 814.00 |

**Room Totals: Hallway**                                                  29,660.32        0.00      29,660.32

Room: HALL2                                                                   LxWxH 161'11" x 5'2" x 8'0"

- 2673.33 SF Walls
- 3509.90 SF Walls & Ceiling
- 92.95 SY Flooring
- 1295.33 SF Long Wall
- 334.17 LF Ceil. Perimeter
- 836.57 SF Ceiling
- 836.57 SF Floor
- 334.17 LF Floor Perimeter
- 41.33 SF Short Wall

| # | DESCRIPTION | QUANTITY | UNIT COST | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|
| 1. | Remove Glue down carpet - High grade | 836.57 SF | 0.66 | 552.14 | 0.00 | 552.14 |
|   | Glue down carpet - High grade 15 % waste added for Glue down carpet - High grade. | 962.05 SF | 3.70 | 3,559.59 | 0.00 | 3,559.59 |
| 3. | Clean concrete on the floor | 836.57 SF | 0.18 | 150.58 | 0.00 | 150.58 |

SABAL_PALM_09_08                                                          10/20/2009  Page: 3

CONTINUED - HALL2

| | DESCRIPTION | QUANTITY | UNIT COST | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|
| 4. | Floor prep (scrape rubber back residue) | 836.57 SF | 0.60 | 501.94 | 0.00 | 501.94 |
| | **Room Totals: HALL2** | | | **4,764.25** | **0.00** | **4,764.25** |

**Room: HALL3**  LxWxH 30'7" x 7'5" x 8'0"

608.00 SF Walls             226.83 SF Ceiling
834.83 SF Walls & Ceiling   226.83 SF Floor
25.20 SY Flooring           76.00 LF Floor Perimeter
244.67 SF Long Wall         59.33 SF Short Wall
76.00 LF Ceil. Perimeter

| | DESCRIPTION | QUANTITY | UNIT COST | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|
| 1. | Remove Glue down carpet - High grade | 226.83 SF | 0.66 | 149.71 | 0.00 | 149.71 |
| 2. | Glue down carpet - High grade | 260.85 SF | 3.70 | 965.15 | 0.00 | 965.15 |
| | 15 % waste added for Glue down carpet - High grade. | | | | | |
| 3. | Clean concrete on the floor | 226.83 SF | 0.18 | 40.83 | 0.00 | 40.83 |
| | Floor prep (scrape rubber back residue) | 226.83 SF | 0.60 | 136.10 | 0.00 | 136.10 |
| | **Room Totals: HALL3** | | | **1,291.79** | **0.00** | **1,291.79** |

**Room: LOBBY**  LxWxH 25'5" x 14'2" x 8'0"

633.33 SF Walls             360.07 SF Ceiling
993.40 SF Walls & Ceiling   360.07 SF Floor
40.01 SY Flooring           79.17 LF Floor Perimeter
203.33 SF Long Wall         113.33 SF Short Wall
79.17 LF Ceil. Perimeter

**Subroom 1: Offset**  LxWxH 25'2" x 5'1" x 8'0"

484.00 SF Walls             127.93 SF Ceiling
611.93 SF Walls & Ceiling   127.93 SF Floor
14.21 SY Flooring           60.50 LF Floor Perimeter
201.33 SF Long Wall         40.67 SF Short Wall
60.50 LF Ceil. Perimeter

**Subroom 2:  Offset**  LxWxH 6'7" x 4'2" x 8'0"

| | |
|---|---|
| 172.00 SF Walls | 27.43 SF Ceiling |
| 199.43 SF Walls & Ceiling | 27.43 SF Floor |
| 3.05 SY Flooring | 21.50 LF Floor Perimeter |
| 52.67 SF Long Wall | 33.33 SF Short Wall |
| 21.50 LF Ceil. Perimeter | |

| | DESCRIPTION | QUANTITY | UNIT COST | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|
| 1. | Remove Glue down carpet - High grade | 515.43SF | 0.66 | 340.18 | 0.00 | 340.18 |
| 2. | Glue down carpet - High grade | 592.75SF | 3.70 | 2,193.18 | 0.00 | 2,193.18 |
| | 15 % waste added for Glue down carpet - High grade. | | | | | |
| 3. | Clean concrete on the floor | 515.43SF | 0.18 | 92.78 | 0.00 | 92.78 |
| 4. | Floor prep (scrape rubber back residue) | 515.43SF | 0.60 | 309.26 | 0.00 | 309.26 |
| | **Room Totals:  LOBBY** | | | **2,935.40** | **0.00** | **2,935.40** |

**Room:  2ND STEPS**  LxWxH 15'5" x 3'7" x 10'0"

| | |
|---|---|
| 380.00 SF Walls | 55.24 SF Ceiling |
| 435.24 SF Walls & Ceiling | 55.24 SF Floor |
| 6.14 SY Flooring | 38.00 LF Floor Perimeter |
| 154.17 SF Long Wall | 35.83 SF Short Wall |
| 38.00 LF Ceil. Perimeter | |

| | DESCRIPTION | QUANTITY | UNIT COST | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|
| 1. | R&R Glue down carpet - High grade | 250.00SF | 4.36 | 1,090.00 | 0.00 | 1,090.00 |
| 2. | Clean steps | 55.24SF | 0.18 | 9.94 | 0.00 | 9.94 |
| 3. | Floor prep (scrape rubber back residue) | 55.24SF | 0.60 | 33.14 | 0.00 | 33.14 |
| | **Room Totals:  2ND STEPS** | | | **1,133.08** | **0.00** | **1,133.08** |

**Room:  2ND UP HALL**  LxWxH 38'8" x 4'11" x 8'0"

| | |
|---|---|
| 697.33 SF Walls | 190.11 SF Ceiling |
| 887.44 SF Walls & Ceiling | 190.11 SF Floor |
| 21.12 SY Flooring | 87.17 LF Floor Perimeter |
| 309.33 SF Long Wall | 39.33 SF Short Wall |
| 87.17 LF Ceil. Perimeter | |

**Subroom 1:  Offset**  LxWxH 6'11" x 4'4" x 8'0"

| | |
|---|---|
| 180.00 SF Walls | 29.97 SF Ceiling |
| 209.97 SF Walls & Ceiling | 29.97 SF Floor |
| 3.33 SY Flooring | 22.50 LF Floor Perimeter |
| 55.33 SF Long Wall | 34.67 SF Short Wall |
| 22.50 LF Ceil. Perimeter | |

Subroom 2:  Offset                                                                LxWxH 25'4" x 13'9" x 8'0"

625.33 SF Walls                           348.33 SF Ceiling
973.67 SF Walls & Ceiling                 348.33 SF Floor
 38.70 SY Flooring                         78.17 LF Floor Perimeter
202.67 SF Long Wall                       110.00 SF Short Wall
 78.17 LF Ceil. Perimeter

| | DESCRIPTION | QUANTITY | UNIT COST | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|
| 1. | Remove Glue down carpet - High grade | 568.42 SF | 0.66 | 375.16 | 0.00 | 375.16 |
| 2. | Glue down carpet - High grade | 653.68 SF | 3.70 | 2,418.62 | 0.00 | 2,418.62 |
| | 15 % waste added for Glue down carpet - High grade. | | | | | |
| 3. | Clean concrete on the floor | 568.42 SF | 0.18 | 102.32 | 0.00 | 102.32 |
| 4. | Floor prep (scrape rubber back residue) | 568.42 SF | 0.60 | 341.05 | 0.00 | 341.05 |

Room Totals:  2ND UP HALL                                          3,237.15        0.00     3,237.15

Room: 3RD HALL                                                                    LxWxH 38'8" x 4'11" x 8'0"

697.33 SF Walls                           190.11 SF Ceiling
887.44 SF Walls & Ceiling                 190.11 SF Floor
 21.12 SY Flooring                         87.17 LF Floor Perimeter
309.33 SF Long Wall                        39.33 SF Short Wall
 87.17 LF Ceil. Perimeter

Subroom 1:  Offset                                                                LxWxH 6'11" x 4'4" x 8'0"

180.00 SF Walls                            29.97 SF Ceiling
209.97 SF Walls & Ceiling                  29.97 SF Floor
  3.33 SY Flooring                         22.50 LF Floor Perimeter
 55.33 SF Long Wall                        34.67 SF Short Wall
 22.50 LF Ceil. Perimeter

Subroom 2:  Offset                                                                LxWxH 25'4" x 13'9" x 8'0"

625.33 SF Walls                           348.33 SF Ceiling
973.67 SF Walls & Ceiling                 348.33 SF Floor
 38.70 SY Flooring                         78.17 LF Floor Perimeter
202.67 SF Long Wall                       110.00 SF Short Wall
 78.17 LF Ceil. Perimeter

| | DESCRIPTION | QUANTITY | UNIT COST | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|
| 1. | Remove Glue down carpet - High grade | 568.42 SF | 0.66 | 375.16 | 0.00 | 375.16 |
| 2. | Glue down carpet - High grade | 653.68 SF | 3.70 | 2,418.62 | 0.00 | 2,418.62 |
| | 15 % waste added for Glue down carpet - High grade. | | | | | |
| 3. | Clean concrete on the floor | 568.42 SF | 0.18 | 102.32 | 0.00 | 102.32 |
| 4. | Floor prep (scrape rubber back residue) | 568.42 SF | 0.60 | 341.05 | 0.00 | 341.05 |

Room Totals:  3RD HALL                                             3,237.15        0.00     3,237.15

Room: General Misc

| | DESCRIPTION | QUANTITY | UNIT COST | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|
| 1. | temporary repair to carpet S.C. CARPET | 1.00 EA | 120.00 | 120.00 | 0.00 | 120.00 |
| 2. | Attempt to clean carpet UNIVERS CLEANING SERVICES | 1.00 EA | 275.00 | 275.00 | 0.00 | 275.00 |
| 3. | PLUMBING, A1 QUALITY PLUMBING - invoice 11.26.08 | 1.00 EA | 2,428.56 | 2,428.56 | 0.00 | 2,428.56 |
| 4. | ELECTRICAL, Wesworth Electric 09.22.08 invoice 31055 | 1.00 EA | 1,182.05 | 1,182.05 | 0.00 | 1,182.05 |
| 5. | Dumpster load - Approx. 20 yards, 4 tons of debris | 2.00 EA | 370.96 | 741.92 | 0.00 | 741.92 |
| 6. | General clean - up, progressive clean up and final clean up | 3.00 EA | 225.00 | 675.00 | 0.00 | 675.00 |
| 7. | permits & fees | 1.00 EA | 675.00 | 675.00 | 0.00 | 675.00 |
| | Room Totals: General Misc | | | 6,097.53 | 0.00 | 6,097.53 |

Room: APT 139

| | DESCRIPTION | QUANTITY | UNIT COST | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|
| 1. | OPEN, need to complete inspection MR. COOPER 352.728.2008 | 1.00 EA | 0.00 | 0.00 | 0.00 | 0.00 |
| | Room Totals: APT 139 | | | 0.00 | 0.00 | 0.00 |

Room: APT 138

| | DESCRIPTION | QUANTITY | UNIT COST | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|
| 1. | OPEN need to complete inspection, ORTEGA 508.525.3812 | 1.00 EA | 0.00 | 0.00 | 0.00 | 0.00 |
| | Room Totals: APT 138 | | | 0.00 | 0.00 | 0.00 |

Room: APT 137

| | DESCRIPTION | QUANTITY | UNIT COST | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|
| 1. | OPEN - need to complete inspection - ACCARDI 954.968.5808 | 1.00 EA | 0.00 | 0.00 | 0.00 | 0.00 |
| | Room Totals: APT 137 | | | 0.00 | 0.00 | 0.00 |

Room: APT 135

| | DESCRIPTION | QUANTITY | UNIT COST | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|
| 1. | OPEN - need to complete inspection - GREEN 954.917.8355 | 1.00 EA | 0.00 | 0.00 | 0.00 | 0.00 |
| | Room Totals: APT 135 | | | 0.00 | 0.00 | 0.00 |

Room: APT134

| | DESCRIPTION | QUANTITY | UNIT COST | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|
| 1. | OPEN - need to complete - COLLIE - 954.970.7313 | 1.00 EA | 0.00 | 0.00 | 0.00 | 0.00 |
| | Room Totals: APT134 | | | 0.00 | 0.00 | 0.00 |
| | Line Item Subtotals: SABAL_PALM_09_08 | | | 52,356.67 | 0.00 | 52,356.67 |

**Adjustments for Base Service Charges**

| | Adjustment |
|---|---|
| Carpenter - Finish, Trim/Cabinet | 157.28 |
| Cleaning Technician | 54.00 |
| Drywall Installer/Finisher | 395.12 |
| Electrician | 175.48 |
| Flooring Installer | 159.88 |
| Heating / A.C. Mechanic | 170.08 |
| Painter | 112.60 |
| Total Adjustments for Base Service Charges: | 1224.44 |

| | | RCV | DEPREC. | ACV |
|---|---|---|---|---|
| Line Item Totals: SABAL_PALM_09_08 | | 53,581.11 | 0.00 | 53,581.11 |

## Grand Total Areas:

| | | | | | |
|---|---|---|---|---|---|
| 11,990.67 | SF Walls | 4,127.57 | SF Ceiling | 16,118.24 | SF Walls and Ceiling |
| 4,127.57 | SF Floor | 458.62 | SY Flooring | 1,489.33 | LF Floor Perimeter |
| 5,259.50 | SF Long Wall | 735.83 | SF Short Wall | 1,489.33 | LF Ceil. Perimeter |
| 0.00 | Floor Area | 0.00 | Total Area | 0.00 | Interior Wall Area |
| 0.00 | Exterior Wall Area | 0.00 | Exterior Perimeter of Walls | | |
| 0.00 | Surface Area | 0.00 | Number of Squares | 0.00 | Total Perimeter Length |
| 0.00 | Total Ridge Length | 0.00 | Total Hip Length | | |

## Summary for BUILDING

| | | | | |
|---|---|---|---|---|
| Line Item Total | | | | 52,356.67 |
| Total Adjustments for Base Service Charges | | | | 1,224.44 |
| Material Sales Tax | @ | 6.500% x | 20,100.17 | 1306.51 |
| Subtotal | | | | 54,887.62 |
| Overhead | @ | 20.0% x | 54,887.62 | 10,977.52 |
| Profit | @ | 10.0% x | 54,887.62 | 5,488.76 |
| Replacement Cost Value | | | | 71,353.90 |
| Less Deductible | | | | (1,000.00) |
| **Net Claim** | | | | **70,353.90** |

Darryl A Davis, RPA,PA

## Recap by Room

Estimate: SABAL_PALM_09_08

| Room | Amount | Percent |
|---|---:|---:|
| Hallway | 29,660.32 | 55.36% |
| HALL2 | 4,764.25 | 8.89% |
| HALL3 | 1,291.79 | 2.41% |
| LOBBY | 2,935.40 | 5.48% |
| 2ND STEPS | 1,133.08 | 2.11% |
| 2ND UP HALL | 3,237.15 | 6.04% |
| 3RD HALL | 3,237.15 | 6.04% |
| General Misc | 6,097.53 | 11.38% |

| | | |
|---|---:|---:|
| **Subtotal of Areas** | 52,356.67 | 97.71% |
| **Base Service Charges** | 1,224.44 | 2.29% |
| **Total** | 53,581.11 | 100.00% |

## Recap by Category

| O&P Items | | | Total Dollars | % |
|---|---|---|---:|---:|
| CLEANING | | | 4,887.79 | 6.85% |
| GENERAL DEMOLITION | | | 4,265.14 | 5.98% |
| DRYWALL | | | 11,294.94 | 15.83% |
| ELECTRICAL | | | 1,730.92 | 2.43% |
| FLOOR COVERING - CARPET | | | 21,124.33 | 29.61% |
| PERMITS AND FEES | | | 675.00 | 0.95% |
| FNC | | | 1,240.65 | 1.74% |
| HEAT, VENT & AIR CONDITIONING | | | 117.70 | 0.16% |
| PLUMBING | | | 2,428.56 | 3.40% |
| PAINTING | | | 4,591.64 | 6.44% |
| **Subtotal** | | | 52,356.67 | 73.38% |
| Base Service Charges | | | 1,224.44 | 1.72% |
| Material Sales Tax | @ | 6.500% | 1,306.51 | 1.83% |
| Overhead | @ | 20.00% | 10,977.52 | 15.38% |
| Profit | @ | 10.00% | 5,488.76 | 7.69% |
| **O&P Items Subtotal** | | | 71,353.90 | 100.00% |
| Less Deductible | | | (1,000.00) | |
| **Grand Total** | | | 70,353.90 | |



Sabal Palm 4980   05/11/2009
016

two halls adjoining, adjacent to and continuous



Sabal Palm 4980   05/11/2009
001

risk



Sabal Palm 4980 002    05/11/2009

lobby adjacent to and continuous with first floor hall



Sabal Palm 4980 003    05/11/2009

wall damage



Sabal Palm 4980    05/11/2009
004

long hall bottom floor



Sabal Palm 4980    05/11/2009
005

carpet in common area hall



Sabal Palm 4980 006   05/11/2009

carpet cut



Sabal Palm 4980 007   05/11/2009

carpet, base, door frame, door, all need to be painted to match



Sabal Palm 4980   05/11/2009
008

paint color does not match



Sabal Palm 4980   05/11/2009
009

areas of repair



Sabal Palm 4980    05/11/2009
010

temporary repair to carpet, wall patch, wood base, wall patch, paint does not match



Sabal Palm 4980    05/11/2009
011

carpet, base and wall



Sabal Palm 4980    05/11/2009
012

steps up from first floor lobby to 2nd floor, all continuous and matching



Sabal Palm 4980    05/11/2009
013

damaged wall, base and carpet



Sabal Palm 4980 014    05/11/2009

lobby area



Sabal Palm 4980 015    05/11/2009

continuous and matching carpet