UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 09-23790-CIV-HUCK/O'SULLIVAN

SABAL PALM CONDOMINIUM
ASSOCIATION, INC.,

      Plaintiff,

v.

COLUMBIA CASUALTY COMPANY,
and CITIZENS PROPERTY INSURANCE
CORPORATION,

      Defendants.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

      This matter is before the Court on a Report and Recommendation by Magistrate Judge John J. O'Sullivan (Doc. 28) recommending that the Court deny Plaintiff's motion for attorneys' fees and costs. (Doc. 20). On June 1, 2010, Plaintiff filed its objections to the Report and Recommendation (Doc. 29) and Defendant Columbia Casualty Company filed its response on June 2, 2010. (Doc. 30). On June 14, 2010, Plaintiff filed its reply memorandum in support of its objections. (Doc. 33).

      Having reviewed *de novo* Judge O'Sullivan's report, the objections, response, and reply thereto, and the pertinent portions of the record, the Court overrules Plaintiff's objections and adopts the findings of fact and conclusions of law as stated in Judge O'Sullivan's report. There was an objectively reasonable, though erroneous, basis for attempting to remove this case from state court. Therefore, Plaintiff's motion for fees and costs is denied. In doing so, the Court expresses no opinion as to whether Plaintiff's fees and costs may otherwise be recoverable from the Defendants in the state court action based on a state statutory right, or a contractual right to fees and costs incurred in connection with Defendants' removal attempt.

      DONE AND ORDERED in Chambers, Miami, Florida, June 16, 2010.

                                        Paul C. Huck
                                        United States District Judge

**Copies furnished to:**
All Counsel of Record